STATE of Missouri, Respondent,

v.

Mark NEWTON, Jr., Appellant.

No. 51338.

Missouri Court of Appeals,
Eastern District,
Division Six.

Jan. 27, 1987.

Kenny C. Hulshof, Asst. Public Defender, Jackson, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM:

Direct appeal from a jury conviction for attempted arson, second degree, in violation of § 564.011, RSMo 1978.

Judgment affirmed. Rule 30.25(b).